IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> vs. <br><br> LEE BENSON, <br><br> Defendant. | 8:16CR77 <br><br> **RELEASE ORDER** |

The defendant is released subject to the following:

1) The defendant shall appear at his revocation hearing scheduled for January 14, 2022 at 1:30 p.m. before the Honorable John M. Gerrard, in Courtroom 1, United States Courthouse and Federal Building, 100 Centennial Mall North, Lincoln, Nebraska.

2) The defendant shall comply with all terms and conditions of supervised release which were imposed at sentencing.

November 19, 2021.

BY THE COURT:

s/ Cheryl R. Zwart
United States Magistrate Judge