IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | 8:16-CR-77 |
| vs. | ORDER |
| LEE BENSON, | |
| Defendant. | |

IT IS ORDERED:

1. The government's motion to dismiss (filing 231) is granted.

2. The petition for offender under supervision (filing 207), amended petition for offender under supervision (filing 211), and second amended petition for offender under supervision (filing 216) are dismissed.

3. The September 20, 2022 hearing is cancelled.

Dated this 15th day of September, 2022.

BY THE COURT:

John M. Gerrard
United States District Judge